IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JESSICA MITCHELL and PAUL MITCHELL, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. SA-10-CV-581-XR |
| NCC BUSINESS SERVICES, INC., | § § § | |
| *Defendant*. | § | |

### ORDER ON MOTION TO WITHDRAW AS COUNSEL

On this day, the Court considered Plaintiffs Jessica Mitchell and Paul Mitchell's Motion to Withdraw Sergei Lemberg as their Counsel of Record (Docket Entry No. 6). Plaintiffs consent to the withdrawal. The motion is hereby GRANTED.

Pursuant to the Local Rules of the Western District of Texas:

> An attorney seeking to withdraw from a case must file a motion specifying the reasons for withdrawal and providing the name and office address of the successor attorney. If the successor attorney is not known, the motion must set for the client's name, address, and telephone number, and must bear either the client's signature or a detailed explanation why the client's signature could not be obtained after due diligence.

Local Rule AT-3 (W.D. Tex.). "An attorney may withdraw from representation only upon leave of the court and a showing of good cause and reasonable notice to the client." *Matter of Wynn*, 889 F.2d 644, 646 (5th Cir. 1989). A district court's decision to grant leave to withdraw is within the sound discretion of the court. *Id.*

The motion complies with the local rule and to show good cause, the motion states that Mr. Lemberg is not admitted to practice in this District. Plaintiffs are already represented by counsel

Diana P. Larson, who has appeared on their behalf and is admitted to practice before the United States District Court for the Western District of Texas.

IT IS, THEREFORE, ORDERED that Sergei Lemberg, Counsel for Plaintiffs Jessica Mitchell and Paul Mitchell, is hereby withdrawn as attorney of record for Plaintiffs in this cause.

It is so ORDERED.

SIGNED this 12th day of July, 2010.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE