UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Jessica Mitchell,<br><br>          Plaintiff,<br>v.<br><br>NCC Business Services, Inc.,<br><br>          Defendant. | Civil Action No.:  5:10-cv-00581-XR |

**NOTICE OF SETTLEMENT**

   NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: November 16, 2010

                    Respectfully submitted,
                    By:  __/s/ Diana P. Larson_____
                    Diana P. Larson
                    Texas Bar No. 24007799
                    The Larson Law Office, PLLC
                    440 Louisiana, Suite 900
                    Houston, Texas  77002
                    Telephone:  (713) 221-9088
                    Facsimile:  (832) 415-9762
                    Email:  diana@thelarsonlawoffice.com

                    Of Counsel To:
                    LEMBERG & ASSOCIATES L.L.C.
                    A Connecticut Law Firm
                    1100 Summer Street, 3rd Floor
                    Stamford, CT 06905
                    Telephone: (203) 653-2250
                    Facsimile:  (877) 795-3666
                    ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 16, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By   /s/ Diana P. Larson

                                          Diana P. Larson