UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Jessica Mitchell,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>NCC Business Services, Inc.,<br><br>　　　　　　Defendant. | Civil Action No.:  5:10-cv-00581 (XR) |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against NCC Business Services, Inc. with prejudice and without costs to any party.

| | |
|---|---|
| Jessica Mitchell | NCC Business Services, Inc. |
| ___/s/ Diana P. Larson_____ | ___/s/ James Thorpe_____ |
| Diana P. Larson | James Thorpe |
| Texas Bar No. 24007799 | Texas Bar No. 19989100 |
| Southern District of Texas Bar No. 24957 | Federal ID: 9438 |
| The Larson Law Office, PLLC | Bush & Ramirez, LLC |
| 440 Louisiana, Suite 900 | 24 Greenway Plaza, Suite 1700 |
| Houston, Texas 77002 | Houston, Texas 77046 |
| Telephone: (713) 221-9088 | Telephone: (713) 626-1555 |
| Attorney for Plaintiff | Attorney for Defendant |

_____
SO ORDERED